No. 99–913.   ARCTIC ALASKA FISHERIES CORP. *v.* HODDEVIK, 528 U. S. 1155;

No. 99–963.   BELLO *v.* UNIVERSITY OF DAYTON SCHOOL OF LAW ET AL., 528 U. S. 1156;

No. 99–1103.   MANN *v.* CITY OF CHICAGO ET AL., 528 U. S. 1160;

No. 99–1128.   TOMEO *v.* HONEYWELL INTERNATIONAL, INC., ET AL., 528 U. S. 1161;

No. 99–1138.   ROSENBAUM *v.* ROSENBAUM, 528 U. S. 1161;

No. 99–1188.   GARRISON *v.* UNITED STATES, 528 U. S. 1162;

No. 99–6905.   FRIEND *v.* RENO, ATTORNEY GENERAL, ET AL., 528 U. S. 1163;

No. 99–7062.   COLEMAN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 528 U. S. 1164;

No. 99–7067.   PEACHLUM *v.* PENNSYLVANIA, 528 U. S. 1123;

No. 99–7165.   BENN *v.* LOUISIANA, 528 U. S. 1140;

No. 99–7166.   BROWN *v.* CAREY, WARDEN, ET AL., 528 U. S. 1141;

No. 99–7197.   MEKALONIS *v.* WORKERS' COMPENSATION APPEAL BOARD ET AL., 528 U. S. 1164;

No. 99–7200.   MILLS *v.* KENTUCKY, 528 U. S. 1164;

No. 99–7302.   SILER *v.* DILLINGHAM SHIP REPAIR ET AL., 528 U. S. 1166;

No. 99–7360.   PRATT *v.* TEXAS, 528 U. S. 1167;

No. 99–7405.   IN RE TRAYLOR, 528 U. S. 1152;

No. 99–7417.   PEDRAGLIO LOLI *v.* CITIBANK, INC., 528 U. S. 1168;

No. 99–7465.   MITCHELL *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 528 U. S. 1170;

No. 99–7518.   IN RE SIEGEL, 528 U. S. 1152;

No. 99–7532.   JOHNSON *v.* GEORGIA, 528 U. S. 1172;

No. 99–7577.   BONNER *v.* DEPARTMENT OF THE AIR FORCE, 528 U. S. 1173;

No. 99–7625.   IOANE ET AL. *v.* B. A. PROPERTIES, INC., 528 U. S. 1174;

No. 99–7640.   HARRIS *v.* COUNTY OF COOK ET AL., 528 U. S. 1175;

No. 99–7654.   McKINNEY *v.* STATE EMPLOYEES' RETIREMENT SYSTEM, 528 U. S. 1175;

No. 99–7678.  SMITH v. CADWELL, 528 U. S. 1176;
No. 99–7694.  BRADFORD v. BARRETT ET AL., 528 U. S. 1176;
No. 99–7706.  TUNSTALL v. KAVANAGH, WARDEN, ET AL., *ante,* p. 1008;
No. 99–7707.  AKINKOYE v. UNITED STATES, 528 U. S. 1177;
No. 99–7776.  WINSETT v. WEST, SECRETARY OF VETERANS AFFAIRS, 528 U. S. 1193;
No. 99–7784.  TRICE v. SIKES, WARDEN, *ante,* p. 1025;
No. 99–7796.  NAGY v. LAPPIN, 528 U. S. 1193;
No. 99–7842.  IN RE MCSHEFFREY, 528 U. S. 1152;
No. 99–7931.  NAGY v. GOLDSTEIN ET AL., 528 U. S. 1195; and
No. 99–7996.  MOSBY v. UNITED STATES, 528 U. S. 1196.  Petitions for rehearing denied.

APRIL 18, 2000

No. 99–9127 (99A859).  COE v. BELL, WARDEN.  C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

No. 99–8681 (99A851).  COE v. TENNESSEE, *ante,* p. 1034.  Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for rehearing denied.

APRIL 24, 2000

No. 99–1396.  CHANDLER ET AL. v. HARRIS, SECRETARY OF STATE OF FLORIDA, ET AL.  Affirmed on appeal from D. C. S. D. Fla.

No. 99–1401.  HOPKINS, WARDEN v. NEWMAN.  C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Williams* v. *Taylor, ante,* p. 362.